UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>       Plaintiff,           )<br>                            )<br>       v.                   )<br>                            )<br>CHRISTIAN LUNA CHICO,       )<br>                            )<br>       Defendant.           )<br>_____ ) | CASE NO. MJ 10-351<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Unlawful Production of Identification Documents.

<u>Date of Detention Hearing</u>:    August 20, 2010.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer. There is therefore limited information available about him.

DETENTION ORDER
PAGE -1

(2) Defendant is reportedly a citizen of Mexico. The United States alleges that his presence in this country is illegal. An immigration (ICE) detainer is pending against him. The issue of detention in this case is therefore essentially moot.

(3) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of August, 2010.

s/ John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -2